IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 11-po-07008-BNB-1

UNITED STATES OF AMERICA

      Plaintiff

v.

DEREK KOPUNEC

      Defendant

---

ORDER REGARDING CUSTODY OF EXHIBITS

---

Counsel for the plaintiff shall arrange pick up and retain custody of all exhibits submitted at the November 6, 2012 Bench Trial. Counsel is further ordered to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

Counsel may pick up items at the Clerk of Court's Office, 901 19th Street, Room A-105, Denver, CO 80294. Further inquiries may be directed to the Courtroom Deputy Clerk, Julie Dynes, at 303.271.2061.

DATED November 7, 2012.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge